**Stephen BECKER, M.D.,**
**Plaintiff–Appellant**

v.

**Rod BORDELON, Commissioner of Texas Division of Worker's Compensation, in His Individual and Official Capacities; Howard Smith, M.D., Medical Advisor of Texas Division Worker's Compensation in His Individual Capacity; Ken Ford, Jr., M.D., Assistant Medical Advisor of Texas Division Worker's Compensation in His Individual Capacity, Defendants–Appellees.**

No. 12–11273
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 18, 2013.

Christopher Scott Ayres, Esq., Rowe Jack Ayres, Jr., Ayres Law Office, Addison, TX, for Plaintiff–Appellant.

Drew L. Harris, Assistant Attorney General, Bryan Dwayne Snoddy, Assistant Attorney General, Laura B. Fountain,

---

Esq., Assistant Attorney General, Office of the Attorney General, Austin, TX, for Defendants–Appellees.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

For essentially the reasons articulated in the district court memorandum opinion and order, we AFFIRM. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.